

1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 3:17-cr-01318-BEN |
|---|---|
| Plaintiff, | **ORDER DENYING MOTION FOR COMPASSIONATE RELEASE** |
| v. | |
| NOEL VICENTE RODRIGUEZ, | **[ECF No. 38]** |
| Defendant. | |

*Pro se*, Movant Noel Vicente Rodriguez filed a Motion for Compassionate Release pursuant to 18 U.S.C. § 3582(c)(1)(A) ("Section 3582(c)(1)(A)"). ECF No. 38. The Motion was referred to Federal Defenders pursuant to General Order 692-B. ECF No. 39. On June 2, 2021, Federal Defenders filed a Status Report and did not request appointment on Movant's behalf. *See* ECF No. 41. On June 22, 2021, the United States filed an Opposition to Movant's request for compassionate release. ECF No. 44.

At this time, the Court recognizes there is no applicable policy statement governing compassionate release motions filed by defendants under the recent amendments to Section 3582(c)(1)(A). The Court also recognizes that a district court's discretion may be informed by U.S.S.G. § 1B1.13, but that it is not binding, and a district court may consider any extraordinary and compelling reason for release that a defendant might raise. *United States v. Aruda*, 993 F.3d 797, 801-02 (9th Cir. 2021).

In support of his request for compassionate release, Movant argues his back pain

1

constitutes an extraordinary and compelling reason for his release. Mot., ECF No. 60, 4-5. While his pain may be severe, other courts within this district have found similar "[c]hronic conditions . . . that can be managed in prison are not a sufficient basis for compassionate release." *United States v. Pomo*, Case No. 17-cr-04360-WQH, 2020 WL 7342659, at *4 (S.D. Cal. Dec. 14, 2020). Moreover, Movant has been offered a COVID-19 vaccine, which he refused. Opp'n, ECF No. 44, 4. Accordingly, the risk of contracting COVID-19 does not constitute an extraordinary and compelling reason for his release.

Because Movant has not demonstrated extraordinary and compelling reasons justifying his release, the Motion is **DENIED.**

**IT IS SO ORDERED.**

Date: July // , 2021

_____

HON. ROGER T. BENITEZ
United States District Judge

2



FILED

JUL 1 5 2021

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                                    DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROBERTO SOTELO<br><br>Defendant. | Case No.: 3:13-cr-04514-005-BEN<br><br>**ORDER TO ANSWER** |

Movant Roberto Sotelo has filed a Motion for Compassionate Release pursuant to 18 U.S.C. § 3582(c)(1)(A) ("Section 3582(c)(1)(A)"). ECF No. 693. Pursuant to General Order 692-B, the Motion was referred to Federal Defenders for a status report. ECF No. 694. On June 4, 2021, Federal Defenders filed a status report and did not request appointment on this matter. ECF No. 697.

The United States of America shall file an answer or other responsive pleading to the motion no later than August 14, 2021.

**IT IS SO ORDERED.**

Date: July /7, 2021

_____
HON. ROGER T. BENITEZ
United States District Judge

1